**Law Offices of Irina Roller, PLLC**

40 Wall Street
Suite 2508
New York, New York 10005

Telephone (212) 688-1100
Facsimile (212) 706-9362

December 1, 2022

**VIA ECF**
Judge Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *G.S., et. al. v. New York City Dept. of Education*
      22-cv-04904 (PAE)(JM)

Dear Judge Engelmayer:

Please be advised that this firm represents the Plaintiffs in the above action, wherein brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trial.

The parties respectfully submit this letter joint status letter pursuant to the Court's Order (Dkt. no. 12) and to request for a 90-day stay of this action until March 1, 2023. On September 6, 2022, the Court granted Defendant's first request for a stay on consent from Plaintiffs (Dkt. no. 12). The parties are optimistic that this case can be resolved through settlement and intend to negotiate in good-faith to resolve this case without burdening the Court any further. If granted the stay of this action, the parties proposed submitting a joint status letter regarding settlement negotiations on or before March 1, 2023.

Thank you in advance for the Court's consideration.

Respectfully submitted,

s/ _____
Irina Roller
*Attorney for the Plaintiff*

cc:   W. Simone Nicholsom, *Special Assistant Corporation Counsel*
      City of New York Law Department (*via ECF*)

Granted. However, given the length of this extension, the Court will not grant further extensions. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
December 2, 2022