## Law Offices of Irina Roller, PLLC

**40 Wall Street**  
**Suite 2508**  
**New York, New York 10005**

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

February 24, 2023

**VIA ECF**
Judge Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   G.S., et. al. v. New York City Dept. of Education
      1:22-cv-04904 (PAE)(JW)

Dear Judge Engelmayer:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trial.

I am in receipt of defendant's Letter Motion to Compel filed today (Dkt no. 18). I am writing to advise the Court Plaintiffs provided defendant with their billing records and settlement demand to defendant's counsel, Hyunjung Kim, Esq. today. Due to a clerical error, the billing records and settlement demand were prepared but the email communication with the records and demand was not sent on February 22, 2023. I apologize to Defendant's counsel and to Your Honor for the delay.

Plaintiffs respectfully request the Court (1) dismiss defendant's Letter Motion to Compel (2) grant defendant's request for a 90 day stay of this action to allow defendant time to review and provide plaintiff with a settlement offer and (3) grant defendant's request for the parties to submit a joint status letter on or before May 20, 2023 informing the Court that the case has been fully resolved or proposing a briefing schedule. Plaintiffs are hopeful that this case be resolved without further Court intervention.

Thank you in advance for the Court's consideration.

cc:   Hyunjung Kim, *Special Assistant Corporation Counsel*
      *City of New York Law Department* (*via ECF*)

Respectfully submitted,

s/_____
Irina Roller
*Attorneys for the Plaintiff*

The Court denies as moot defendant's motion to compel and orders a final 90-day stay of this action, through May 25, 2023. The parties shall submit a joint status letter by May 20, 2023. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
February 24, 2023